**Joan HUSKINS, as personal representative of the Estate of Philip Goldstein, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

**No. 2007–5128.**

United States Court of Appeals, Federal Circuit.

June 25, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).